BRYAN SCHRODER
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | **VERIFIED COMPLAINT FOR** |
| | ) | **FORFEITURE *IN REM*** |
| vs. | ) | |
| | ) | |
| $139,630.00 IN UNITED STATES CURRENCY IN A FISH BOX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, alleges the following:

## I.     NATURE OF THE ACTION

This is a civil action *in rem* brought to enforce the provisions of 21 U.S.C. § 881(a)(6), for the forfeiture of $139,630.00 IN UNITED STATES CURRENCY, which is hereby alleged to constitute moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange,

and moneys used or intended to be used to facilitate violations of 21 U.S.C. §§ 841, *et seq*.

## II. JURISDICTION AND VENUE

This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355, and 21 U.S.C. § 881. This is a forfeiture proceeding based upon violations of 21 U.S.C. §§ 841 and 881.

The Court has venue pursuant to 28 U.S.C. § 1395. Defendant $139,630.00 was seized within the District of Alaska.

## III. RELEVANT FACTS

The facts and circumstances supporting the seizure and forfeiture of Defendant $139,630.00 are contained in Exhibit 1, Affidavit of Drug Enforcement Administration (DEA) Task Force Officer (TFO) Joel Miner, which is attached hereto and fully incorporated herein by reference.

Defendant $139,630.00 represents proceeds of, and was intended to be used or was used to facilitate, a concentrated marijuana "dabs," a/k/a Butane Hash Oil (BHO), extraction drug trafficking operation; and as such, Defendant $139,630.00 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

## IV. CLAIM FOR RELIEF

WHEREFORE, Plaintiff United States of America prays that:

1. A Warrant *In Rem* issue for the arrest of Defendant $139,630.00 IN UNITED STATES CURRENCY IN A FISH BOX;

2. That due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

3. That judgment be entered declaring Defendant $139,630.00 IN UNITED STATES CURRENCY IN A FISH BOX forfeited to the United States of America for disposition according to law; and

4. For such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED November 21, 2017, in Anchorage, Alaska.

BRYAN SCHRODER
Acting United States Attorney

*/s/James Barkeley*
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov

## VERIFICATION

I have read the above complaint and know its contents. The matters stated in the complaint are true based upon my own knowledge, or are alleged upon information and belief and I believe them to be true.

I declare under penalty of perjury that the foregoing statement is true and correct.

EXECUTED on November 21, 2017 in Anchorage, Alaska.

Joel Miner, Task Force Officer
Drug Enforcement Administration